CITY OF KANSAS CITY,
Missouri, Respondent,

v.

Daouda–Yerodin JALALADEEN,
Appellant.

No. WD 46377.

Missouri Court of Appeals,
Western District.

March 2, 1993.

Daouda–Yerodin Jalaladeen, pro se.

George L. Sharp, Asst. City Prosecutor, Kansas City, for respondent.

Before SMART, P.J., and SHANGLER and FENNER, JJ.

## ORDER

PER CURIAM.

Jalaladeen was convicted of a city ordinance violation. He filed an application for a trial de novo, but then failed to appear when the matter was set for trial. His application for trial de novo was dismissed and the case was remanded for execution of sentence. His motion to set aside the remand and to reinstate the appeal was denied and this appeal followed.

Judgment is affirmed.

William P. BALL, Plaintiff/Appellant,

v.

Earline JOHNS, Defendant/Respondent.

No. 61527.

Missouri Court of Appeals,
Eastern District,
Division One.

March 2, 1993.

Bernard F. Edwards, Jr., St. Louis, for plaintiff/appellant.

Mark C. Kodner, Clayton, for defendant/respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Plaintiff filed suit in equity seeking to quiet title and partition real estate. Defendant answered and subsequently filed her amended counterclaim seeking to quiet title in her name, claiming that she had executed the challenged quit claim deed under duress and undue influence; in the alternative, she requested partition without sale. The court awarded the real estate to defendant and ordered her to pay plaintiff the sum of $1,000. Plaintiff appeals. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).